**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-cr-00076-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| BRIAN THOMAS KOWALCZYK, | ) | |
| Defendant. | ) | |

The court has considered the defendant's untimely reply (#33) and reconfirms its order of December 17, 2012 (#32).

**IT IS SO ORDERED.**

DATED: This 19th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE